E-Filed: **3/10/2009**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DENISE CHADES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARY LATTIMORE, Warden,<br><br>　　　　Respondent. | NO. ED CV 07-1668 GHK (FMO)<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:　　3/10　, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE